UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN LOPEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-01742-JLS-DTB<br><br>**JUDGMENT** |

Whereas, the Court has considered Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (Plaintiff's Motion), Defendant's Opposition thereto, and Plaintiff's Reply thereto;

Whereas, on July 31, 2026, the Court issued a ruling granting, in part, Plaintiff's Motion, awarding attorneys' fees in the amount of $30,176.10, and costs in the amount of $765.28, for a total reward of **$30, 941.38.**

It is now ORDERED and DECREED that judgment is entered in favor of Plaintiff in the amount of **$30, 941.38** for attorneys' fees and costs to be paid to Plaintiff.

DATED: August 18, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE